WALTER N. SMITH, Appellant, *v.* F. H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

Submitted July 13, 1937; decided September 28, 1937.

*Paul Windels*, Corporation Counsel (*Paxton Blair* of counsel), for motion.

*Walter N. Smith*, in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

COLONIAL DISCOUNT Co., INC., Appellant, *v.* ROBERT E. RUMENS, Respondent.

Submitted July 13, 1937; decided September 28, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 612.)